# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2014

## NO. 03-14-00377-CV

### N. A. B. and A. D. J., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the decree of termination rendered by the district court on May 30, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's decree of termination. Therefore, the Court affirms the district court's decree of termination. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.